UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:19 CR 0755   HEA/JMB |
| | ) |
| FLOYD BARBAR, | ) |
| LARENTA JONES, | ) |
| STEPHAN JONES, | ) |
| And JERELL HENDERSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

A Status Hearing was held in this matter on January 11, 2021.  Counsel for Defendants made an oral motion for a sixty (60) day extension of time within which to file motions.

The Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's requests for additional time outweigh the best interest of the public and Defendant in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A).   Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant shall have until <u>March 12, 2021,</u> to file any pretrial motions or waiver of motions.  The Government shall have until <u>March 26, 2021,</u> to respond.   The extension is retroactive to the prior deadline.

**IT IS FINALLY ORDERED** that an evidentiary hearing will be set at a future time.

/s/*John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this <u>11th </u>day of <u>January, 2021</u>.