EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:19CR00755 HEA |
| ) | |
| FLOYD BARBER ) | |
| ) | |
| Defendant. ) | |

## MOTION TO TRANSFER CASE

COMES NOW Joan K. Miller, co-counsel for Defendant Floyd Barber, and respectfully requests that the above-reference case be transferred to Judge Ronnie L. White. In support, counsel states as follows:

1. Defendant Floyd Barber has pleaded guilty in front of Judge White and is awaiting sentencing in case number 4:17CR 526.

2. The sentencing date is September 2, 2021.

3. Defendant expects to plead guilty in the above-referenced case.

4. Defendant seeks for Judge White to hear the plea on the new case and determine the sentences in both cases.

5. The Assistant United States Attorney is not opposed.

6. Transferring this case is in the interest of judicial economy.

WHEREFORE, counsel for Defendant Floyd Barber respectfully requests that this Court grant his motion.

Respectfully submitted,

/s/ Joan K. Miller_____
Joan K. Miller, 46903MO
Attorney for F. Barber
1515 N. Warson Rd., Ste. 249
St. Louis, MO 63132
314-997-7700 telephone
314-997-7705 fax
joanmiller@prodigy.net

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on this 17TH day of June, 2021 with the Clerk of the Court.

/s/ Joan K. Miller
Joan K. Miller