UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 4:19CR 00755 RLW |
| ) | |
| FLOYD BARBER ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant, by and though his counsel, Joan K. Miller, and moves to continue generally the Sentencing scheduled for January 5, 2022. In support, counsel states:

1. Mr. Barber pleaded guilty on July 21, 2021.
2. The above-referenced case is a companion case to 4:17CR00755 RLW.
3. Counsel has submitted a Motion to Continue sentencing set for January 5, 2022 on that case.
4. The government is not opposed.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

 /s/ Joan K. Miller
Joan K. Miller, #46903MO
Attorney for F. Barber
1515 N. Warson Rd., Ste. 249
St. Louis, MO 63132
(314) 997-7700 Telephone
(314) 997-7705 Fax

[joanmiller@prodigy.net](mailto:joanmiller@prodigy.net)

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of November, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

                                          /s/  Joan K. Miller
                                          Joan K. Miller
                                          Attorney for F. Barber