**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CR-755 RLW |
| ) | |
| FLOYD BARBER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Floyd Barber's Motion to Continue Sentencing [ECF No. 245] is **GRANTED**. The sentencing hearing of January 5, 2022 is CONTINUED pending further Order of the Court.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 24th day of November, 2021.